UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

QBE INSURANCE CORPORATION                                              PLAINTIFF

V.                                           CIVIL ACTION NO. 3:08cv234 DPJ-JCS

SRC TRUCKING & TRANSPORTATION,
INC., ET AL.                                                          DEFENDANTS

## JUDGMENT

For the reasons given in the Court's Memorandum Order and Opinion, Plaintiff QBE Insurance Corporation's motion for summary judgment and motion for default judgment are granted.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff QBE Insurance Corporation has no liability under the subject insurance policy to any of the named Defendants for the occurrences related to Defendant Dixon's accident.

**SO ORDERED AND ADJUDGED** this the 12th day of March, 2009.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE